```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NUEW YORK

| | |
|---|---|
| JUAN CARLOS AMOR GARCIA Y OCEAN CREEK INTERNATIONAL, LLC,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　-contra-<br><br>ERNESTO COLMAN MENA, JAVIER ARTEGA, DYLAN JEANNOTTE, PEDRO LANGA, EAST RIVER INTERNATIONAL LLC, ANTONIO THOMAS INTERNATIONAL CORPORATION D/B/A VITAL DENT, GS ZAPA INTERNACIONAL, S.L., HUDSON RIVER INTERNATIONAL LLC, Y WALLKILL CREEK INTERNATIONAL LLC,<br><br>　　　　　　　　　　　　　　　Defendants. | Case Nº 11 CIV 3859 (RMB)<br><br>**Case Management Plan** |

　　The following Case Management Plan is entered after consultation with the parties. This plan is also a rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure (FRCP).

　　(1) Joinder of additional parties by: Thirty (30) days from date of this Court's Order on Defendants' FRCP 12b Motion.

　　(2) Amend the pleadings by:

　　　　(a) <u>Amendments as a matter of course</u>　**Sept 6, 2011 -- (Final)**

　　　　　　(i) <u>Plaintiffs</u>: Thirty (30) days from date of this Court's Order on Defendants' FRCP 12b Motion.

　　　　　　(ii) <u>Defendants</u>: As per FRCP 15.

　　　　(b) Other Amendments: As per FRCP 15.

　　(3) Counsel shall cooperate and agree on the tools to be used to produce emails and other electronically stored information.

1

by 12/8/11

(4) All discovery to be expeditiously completed wi~~thin one hundred and eighty days (180) days from date of this Court's Order on Defendants' FRCP 12b Motion.~~

~~FRCP 26(a)(1) Initial Disclosures to be provided within twenty (20) days from date of this Court's Order on Defendants' FRCP 12b Motion.~~

~~FRCP 26(f) Discovery Plan and Report to Court to be provided within thirty (30) days from date of this Court's Order on Defendants' FRCP 12b Motion.~~

(5) Consent to Proceed before Magistrate Judge: No.

(6) Status of Settlement Discussions: Settlement discussions to be promptly undertaken. 12/8/11 @ 9:00 AM with principals (Final)

Sections 7 through 12 will be set at conference with the Court.

(7) Motions: to dismiss by 10/20/11; 12/1/11 response; 12/13/11 - Page limits + on submission. Motion is with prejudice.

(8) Oral Argument:

(9) Joint Pre-Trial Order to be submitted by:

(10) Final Pre-Trial Conference:

(11) Trial:

(12) Other: Refer to Magistrate for pretrial issues

So Ordered: New York, New York
8/8/11

RMB
_____
Hon. Richard M. Berman, U.S.D.J

2