UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JUAN CARLOS AMOR GARCIA, et al.,

                              Plaintiffs,

              -against-

ERNESTO COLMAN MENA, et al.,

                             Defendants.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/11

**ORDER OF REFERENCE TO
A MAGISTRATE JUDGE**

11 **CIVIL** 3859 (RMB) (MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____    Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____    Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

_____    Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

             If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

_____    Habeas Corpus

_____    Social Security

_____    Settlement*

_____    Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All Such Motions: _____

_____    Inquest After Default/Damages Hearing

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       August 8, 2011

                                       RMB
                            **RICHARD M. BERMAN, U.S.D.J.**