```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AMOR GARCIA, et ano.,               :

              Plaintiffs,           :         ORDER

         -against-                  :         11 Civ. 3859 (RMB)(MHD)

ERNESTO COLMAN MENA, et al.,        :

              Defendants.           :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/11

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **FRIDAY, SEPTEMBER 16, 2011, at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
       **August 11, 2011**

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Maurice R. Zara, Esq.
Zara Law Offices
111 John Street Suite 510
New York, NY 10038
(212)-619-4500
Fax: (212)-619-4520

John Dellaportas, Esq.
Duane Morris, LLP (NYC)
1540 Broadway
New York, NY 10036-4086
212-692-1000
Fax: 212-692-1020

Kevin Paul Potere, Esq.
Greenberg Traurig, LLP (NYC)
200 Park Avenue
New York, NY 10166
(212) 801-6509
Fax: (212) 224-6102