USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/11

MEMO ENDORSED

# ZARA
## LAW OFFICES

111 John Street, Suite 510
New York, NY 10038-3006
(212) 619-4500 (Phone)
(212) 619-4520 (Fax)
zara@zaralawny.com
www.zaralawny.com



RECEIVED
AUG 17 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**VIA HAND DELIVERY**

Hon. Richard M. Berman
United States District Court
500 Pearl Street
New York, NY 10007

August 17, 2011

Re: <u>Garcia et ano v. Mena et al.</u>, 11 Civ. 3859 (RMB)

Your Honor:

I represent Plaintiffs hereof.

I will be out all week next week on vacation. I would thus very much appreciate that the Plaintiffs' September 6th deadline to file its Amended Complaint be extended for one (1) week to September 13th, 2011. All the other dates in the Court's Case Management Plan dated 08/08/2011 to remain the same. Counsel for Defendants Duane Morris (John Dellaportas, Esq.) has kindly indicated he has no objection.

Respectfully submitted,

*Robert Taurice Zara*
Robert Zara

Duane Morris (by John Dellaportas, Esq.)
Counsel for all Defendants
cc: John Dellaportas, Esq. (by e-mail)

Application granted.

SO ORDERED:
Date: 8/17/11

*Richard M. Berman*
Richard M. Berman, U.S.D.J.