UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AMOR GARCIA, et ano.,              :

        Plaintiffs,              :        **ORDER**

      -against-                    :        11 Civ. 3859 (RMB)(MHD)

ERNESTO COLMAN MENA, et al.,       :

        Defendants.              :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the initial conference originally scheduled in the above-captioned action for Friday, September 16, 2011, at 2:00 PM has been rescheduled for **FRIDAY, SEPTEMBER 23, 2011, at 3:00 PM**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
      **September 12, 2011**

                                     SO ORDERED.

                                     _____
                                     MICHAEL H. DOLINGER
                                     UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Maurice R. Zara, Esq.
Zara Law Offices
111 John Street Suite 510
New York, NY 10038
(212)-619-4500
Fax: (212)-619-4520

John Dellaportas, Esq.
Duane Morris, LLP
1540 Broadway
New York, NY 10036-4086
212-692-1000
Fax: 212-692-1020

Kevin Paul Potere, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
(212) 801-6509
Fax: (212) 224-6102