> Plaintiffs' deadline to amend their complaint is extended to 9/15/11 (the fifteenth).
>
> SO ORDERED:
> Date: 9/12/11
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

**ZARA**
**LAW OFFICES**
111 John Street, Suite 510
New York, NY 10038-3006
(212) 619-4500 (Phone)
(212) 619-4520 (Fax)
zara@zaralawny.com
www.zaralawny.com

**MEMO ENDORSED**

**VIA HAND DELIVERY**

Hon. Richard M. Berman
United States District Court
500 Pearl Street
New York, NY 10007

September 12th, 2011

Re: <u>Garcia et ano v. Mena et al., 11 Civ. 3859 (RMB)</u>

Your Honor:

I represent Plaintiffs hereof.

I would very much appreciate that the Plaintiffs' September 13th deadline to file its Amended Complaint be extended to September 16th, 2011. All the other dates in the Court's Case Management Plan dated 08/08/2011 to remain the same. Counsel for Defendants Duane Morris (John Dellaportas, Esq.) has kindly indicated he has no objection.

Respectfully submitted,

Robert Zara

Duane Morris (by John Dellaportas, Esq.)
Counsel for all Defendants
cc: John Dellaportas, Esq. (by e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/11