UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
JUAN CARLOS AMOR GARCIA                          Case No.  11 Civ. 3859 (RMB)
and OCEAN CREEK INT'L, LLC        Plaintiff,

     -against-

ERNESTO COLMAN MENA, et al.
                Defendant.
---------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:      ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]      I have cases pending                    [ ]      I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Kevin P. Potere
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KP7711_____      My State Bar Number is  4729109_____

I am,

[✓]      An attorney
[ ]      A Government Agency attorney
[ ]      A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  Greenberg Traurig LLP_____
                FIRM ADDRESS: 200 Park Ave, New York, NY 10166_____
                FIRM TELEPHONE NUMBER: (212) 801-9200_____
                FIRM FAX NUMBER: (212) 801-6400_____

NEW FIRM:      FIRM NAME:  Duane Morris LLP_____
                FIRM ADDRESS: 1540 Broadway, New York, NY 10036_____
                FIRM TELEPHONE NUMBER: (212) 692-1000_____
                FIRM FAX NUMBER: (212) 692-1020_____

[✓]      I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]      I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated: September 16, 2011                    _____ s/Kevin P. Potere_____
                               ATTORNEY'S SIGNATURE