| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| JUAN CARLOS AMOR GARCIA AND OCEAN CREEK INTERNATIONAL, LLC,<br><br>                                                    Plaintiffs,<br><br>-against-<br><br>ERNESTO COLMAN MENA, JAVIER ARTEGA, DYLAN JEANNOTTE, PEDRO LANGA, EAST RIVER INTERNATIONAL LLC, ANTONIO THOMAS INTERNATIONAL CORPORATION D/B/A VITAL DENT, GS ZAPA INTERNACIONAL, S.L., HUDSON RIVER INTERNATIONAL LLC, AND WALLKILL CREEK INTERNATIONAL LLC,<br><br>                                                    Defendants. | **Docket No.:** 11 CIV 3859 (RMB)(MHD)<br><br>**NOTICE OF DEPOSITIONS** |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Juan Carlos Amor Garcia and Ocean Creek International, LLC, by their counsel Robert Zara, Esq., of Zara Law Offices, will take the depositions on oral examination of the Defendants on the dates set forth herein below, each to commence at 9.30AM, or at any such date and time as mutually agreed upon between the parties, before a notary public or other officer authorized to administer oaths. The depositions will continue from day to day until completed, or shall continue as otherwise agreed upon between the parties.

.

The depositions shall be videotaped.

Plaintiffs provides notice to Defendants herein that the depositions may be used at the time of trial.

| NAME : | DATE OF DEPOSITION: |
|---|---|
| Javier Arteaga | November 7th, 2011 |
| Pedro Langa | November 14th, 2011 |
| Dylan Jeannotte | November 21st, 2011 |
| Ernesto Colman Mena | November 28th, 2011 |

LOCATION OF DEPOSITIONS:  Zara Law Offices, 111 John Street, Suite 510, New York, NY 10038

COURT REPORTERS AND VIDEOGRAPHERS: CED, Inc., Cutting Edge Deposition & Reporting, 860 Grand Concourse, # 2K, Bronx, NY, 10451 (Jose Tejada).

Dated: New York, NY
September 26th, 2011

_____
ZARA LAW OFFICES
By: Maurice Robert Zara, Esq. (MZ 0887)
111 John Street, Suite 510
New York, NY 10038