UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE- FOLEY SQUARE
500 PEARL STREET, COURTROOM 21B
NEW YORK, NY 10007

_____X

JUAN CARLOS AMOR GARCIA, et ano.,          **AFFIRMATION OF SERVICE**

                                             Plaintiffs.          11 CV 3859 (RMB)
                                                                                ECF Case

        -against-

ERNESTO COLMAN MENA, et al.,
_____X

Maurice Robert Zara, an attorney duly admitted to practice law before the US District Court SDNY, under the penalties of perjury affirms the following.

That on October 3rd, 2011, pursuant to an agreement with Duane Morris LLP, 1540 Broadway, New York, NY 10036-4086, counselors to all Defendants, (Attn: John Dellaportas, Esq.), I served a copy of the revised Summons & First Verified Amended Complaint and Spanish translations thereof upon all Defendants, by:

1-Emailing the same to Dellajo@duanemorris.com, the email address of John Dellaportas, Esq. with carbon copy to KPPotere@duanemorris.com the email address of Kevin Potere, Esq. of Duane Morris LLP, 1540 Broadway, New York, NY 10036-4086, counselors to all Defendants.

2-Enclosing hard copies of the revised Summons & First Verified Amended Complaint and of the Spanish translations thereof in a prepaid envelope duly addressed to Duane Morris LLP, 1540 Broadway, New York, NY 10036-4086, Attn: John Dellaportas, Esq. and Kevin Potere, Esq. and causing the same to be delivered to Duane Morris LLP by Priority Mail (USPS).

The acknowledgement of Duane Morris LLP, is set forth below.

Dated:  October 3rd, 2011                                    Respectfully submitted,

                                                                                                   Robert Zara

## ACKNOWLEDGEMENT OF SERVICE

Received from Zara Law Offices on October 3rd, 2011, by email, the revised Summons and the First Verified Amended Complaint and Spanish Translations thereof, said email transmission constituting service of process upon all Defendants.

Dated: New York, NY
        October 3rd , 2011

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Counselors to all Defendants
By: John Dellaportas, Esq.