| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| JUAN CARLOS AMOR GARCIA AND OCEAN CREEK INTERNATIONAL, LLC,<br><br>          Plaintiffs,<br><br>-against-<br><br><br>ERNESTO COLMAN MENA, JAVIER ARTEGA, DYLAN JEANNOTTE, PEDRO LANGA, EAST RIVER INTERNATIONAL LLC, ANTONIO THOMAS INTERNATIONAL CORPORATION D/B/A VITAL DENT, GS ZAPA INTERNACIONAL, S.L., HUDSON RIVER INTERNATIONAL LLC, AND WALLKILL CREEK INTERNATIONAL LLC,<br><br>          Defendants. | 11 CIV. 3859 (RMB)(MHD)<br><br>**PLAINTIFFS' FIRST SUPPLEMENTARY DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(e)** |

Plaintiffs Ocean Creek International, LLC and Juan Carlos Amor Garcia (collectively "Plaintiffs") hereby submit their First Supplementary Disclosures supplementing their Initial Disclosures dated September 27, 2011 ("Initial Disclosures"), in accordance with Rule 26(e) (Supplementation of Disclosure and Responses) of the Federal Rules of Civil Procedure. Plaintiffs incorporate by reference the General Statements in their Initial Disclosures.

**Rule 26(a)(1)(A)(ii)**

      I.  **COPIES OF DOCUMENTS**

Plaintiffs are in possession of the within documents bates numbered ZLO 1067 through ZLO 1333, the size of which exceed the 4 megabytes limit for ECF Filing. Plaintiffs will

under separate cover on 10-06-2011 cause copies of said documents to be hand sent via Priority Mail to Defendants' Counsellors, Duane Morris LLP (John Dellaportas, Esq.-Kevin Potere, Esq.).

Dated: October 6th, 2011

                                                                                  Respectfully submitted,

_____
Maurice Robert Zara, Esq. (MZ 0887)
d/b/a ZARA LAW OFFICES,
111 John Street, Suite 510
New York, NY 10038
Tel: (212) 619 4500
Fax:(212) 619 4520

TO: Duane Morris LLP
Attorneys for all Defendants
1540 Broadway
New York, NY 10036-4086
Tel: 212-692-1000
Fax: 212-692-1020
Attn: John Dellaportas, Esq.
Kevin Potere, Esq.