[RECEIVED stamp: OCT 18 2011, CHAMBERS RICHARD M. BERMAN, U.S.D.J.]

# DuaneMorris®

**MEMO ENDORSED**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

JOHN DELLAPORTAS
DIRECT DIAL: +1 212 692 1012
PERSONAL FAX: +1 212 202 4866
E-MAIL: dellajo@duanemorris.com

www.duanemorris.com

[Handwritten endorsement: "Application granted."]

October 18, 2011

**BY HAND DELIVERY**

Honorable Robert M. Berman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED:
Date: 10/19/11    /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.

Re:   *Juan Carlos Amor Garcia and Ocean Creek International, LLC v. Ernesto Colman Mena et al.* (11-civ-3859) (RMB)(MHD)

Dear Judge Berman:

　　We are counsel for defendants in the above captioned matter. We respectfully write to request five additional pages for our Motion to Dismiss due October 20, 2011. We have consulted with plaintiffs' counsel, who has no objection to our request.

　　To be clear, we are aware that we previously asked the Court for an extension beyond the 25-page limited during the August 8, 2011 hearing before the Court and Your Honor responded that you did not think we would need the additional pages. However, since that hearing, plaintiffs have amended their complaint, adding ten new causes of action, including four additional claims under Florida state law, and expanding their complaint to 80-pages.

　　We have endeavored to be as concise as possible with our Motion to Dismiss and stay within the 25-page limit. However, the additional five pages will greatly enhance our ability to address all of plaintiffs' claims set for in the Verified First Amended Complaint on behalf of all nine defendants.

　　We thank the Court for its time and consideration.

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10/19/11]

Sincerely,

/s/ John Dellaportas
John Dellaportas

cc:   Robert Zara, Esq. (*counsel for plaintiffs*)

---

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020