UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CARLOS AMOR GARCIA and OCEAN CREEK INTERNATIONAL LLC,

                    Plaintiffs,

v.

ERNESTO COLMAN MENA, JAVIER ARTEGA, DYLAN JEANNOTTE, PEDRO LANGA, EAST RIVER INTERNATIONAL LLC, ANTONIO THOMAS INTERNATIONAL CORPORATION d/b/a/ VITAL DENT, GS ZAPA INTERNACIONAL, S.L., HUDSON RIVER INTERNATIONAL LLC, and WALLKILL CREEK INTERNATIONAL LLC,

                    Defendants.

11 Civ. 3859 (RMB)

---

## NOTICE OF MOTION TO DISMISS PLAINTIFFS' VERIFIED FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Declaration of John Dellaportas dated October 20, 2011, and the documents annexed thereto, and for all the reasons set forth in the accompanying Memorandum of Law, defendants hereby move this Court, pursuant to Fed. R. Civ. P. 12(b)(2) and (6), to dismiss Plaintiffs' Verified First Amended Complaint.

Dated: New York, New York
        October 20, 2011

                                              DUANE MORRIS LLP

                                              By: _____
                                                  John Dellaportas
                                                  Kevin Potere
1540 Broadway
New York, NY 10036
(212) 692-1000
*Attorneys for Defendants*