[RECEIVED NOV 02 2011 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.]

**MEMO ENDORSED**

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

JOHN DELLAPORTAS
DIRECT DIAL: +1 212 692 1012
PERSONAL FAX: +1 212 202 4866
E-MAIL: dellajo@duanemorris.com

www.duanemorris.com

> The settlement conference on 12/8/11 is adjourned to 12/14/11 at 10:30 a.m.
>
> SO ORDERED:
> Date: 11/2/11
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

November 2, 2011

BY HAND DELIVERY

Honorable Richard M. Berman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Juan Carlos Amor Garcia and Ocean Creek International, LLC v. Ernesto Colman Mena et al.* (11-civ-3859) (RMB)(MHD)

Dear Judge Berman:

We are counsel for defendants in the above captioned matter. The parties are currently scheduled to participate in a court-supervised settlement conference on December 8, 2011. A majority of the defendants, however, are Spanish citizens and there are two national holidays that week for which those defendants have longstanding holiday plans. Therefore, we respectfully request that the Court adjourn the settlement conference to a day on the following week (Dec. 12-16) or as soon thereafter as is convenient to the Court.

We have conferred with counsel for the plaintiffs, who do not object to this request for adjournment provided the new date does not present a scheduling conflict for them. Plaintiffs advised us that they would prefer the conference still occur in December.

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/3/11]

Sincerely,

/s/ John Dellaportas

John Dellaportas

cc: Robert Zara, Esq. (*counsel for plaintiffs*)

---

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086            PHONE: +1 212 692 1000   FAX: +1 212 692 1020