AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Juan Carlos Amor Garcia et. ano. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11-3859 (RMB)(MHD) |
| Ernesto Colman Mena et. al. ) | |
| ) | (If the action is pending in another district, state where: ) |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Giuliani Partners LLC, 1251 6th Avenue, 49th Floor, New York, NY 10020 (Attn: Mr Eric Hatzimemos)

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Work that the Defendants or any of them retained your organisation to perform in connection with Vital Dent franchises in the US, lobbying to change laws and regs. applicable to the practice of dentistry anywhere in the US including in NYS.

| Place: Zara Law Offices, 111 John Street, Suite 510, New York, NY 10038 (Telf: 212-619-4500). zara@zaralawny.com | Date and Time: 12/02/2011 9:30 am |
|---|---|

The deposition will be recorded by this method: __digital video__

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __10/28/2011__

| CLERK OF COURT | OR | *[signed]* Robert Maurice Zara |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ Plaintiffs
Juan Carlos Amor Garcia, and Ocean Creek International LLC _____, who issues or requests this subpoena, are:
Maurice Robert Zara, Esq. Zara Law Offices, 111 John Street, Suite 510, New York, NY 10038 (Telf: 212-619-4500).