UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE- FOLEY SQUARE
500 PEARL STREET, COURTROOM 21B
NEW YORK, NY 10007

---------------------------------------------------------------X

JUAN CARLOS AMOR GARCIA, et ano.,

                              Plaintiffs.

    -against-

ERNESTO COLMAN MENA, et al.,

---------------------------------------------------------------X

**AFFIRMATION OF SERVICE OF TWO (2) SUBPOENAS UPON GIULIANI PARTNERS LLC**
11 CV 3859 (RMB)(MHD)
ECF Case

Maurice Robert Zara, an attorney duly admitted to practice law before the US District Court SDNY, under the penalties of perjury affirms the following: That on October 28th, 2011, at approximately 1PM, I served a Subpoena Duces tecum and Exhibit A thereto, together with a Subpoena Ad Testificandum, upon Giuliani Partners LLC, 1251 Avenue of the Americas 49th Floor, New York, NY, as per its website http://www.giulianipartners.com/contact.aspx the address for Giuliani Partners LLC, by leaving the same with Ms Amanda Drewek, the receptionist at said office address. Ms Drewek is a female, about 25 years old white, hair color blond, about 5'6" tall and weighs about 125 pounds.

Dated: October 3rd, 2011

                                        Respectfully submitted,

                                        *[signature]*

                                        By: Maurice Robert Zara, Esq. (MZ 0887)
                                        ZARA LAW OFFICES
                                        111 John Street, Suite 510
                                        New York, NY 10038
                                        Telephone: 212-619-4500

>Facsimile: 212-619-4520
>zara@zaralawny.com
>*Attorneys for Plaintiffs Juan Carlos Amor Garcia and Ocean Creek International, LLC*