AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Juan Carlos Amor Garcia et. ano. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   11-3859 (RMB)(MHD) |
| Ernesto Colman Mena et. al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Southern District of New York          ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Dr Ivan Terrero, 12715 Aviano Dr. Naples, FL 34105-4932

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Matters concerning various professional corporations set up in your name pertaining to franchisees of East River International LLC; matters concerning the Communications and Documents annexed in EXHIBIT A to this Subpoena.

| Place: Goldstein, Buckley, Cechman, Rice & Purtz, P.A. | Date and Time: |
|---|---|
| 2590 Northbrooke Plaza Dr. #105, Naples, FL 34119 | 11/28/2011  9.30 am |
| Phone: 239-332-9410 Attn: Richard L. Purtz, Esq. | |
| richard@gbclaw.com | |

The deposition will be recorded by this method:   Digital Video

❑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    10/20/2011

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          Plaintiffs
uan Carlos Amor Garcia, and Ocean Creek International LLC          , who issues or requests this subpoena, are:
Maurice Robert Zara, Esq., Zara Law Offices, 111 John Street, Suite 510, New York, NY 10038, zara@zaralawny.com
212-619-4500