# AFFIDAVIT OF SERVICE

| State of Florida | County of | United States District Court |
|---|---|---|

Case Number: 11-3859(RMB)(MHD)

Plaintiff:
**JUAN CARLOS AMOR GARCIA ET,ANO.**

vs.

Defendant:
**ERNESTO COLMAN MENA ET,AL.**

For:
Robert Zara
ZARA LAW OFFICES
111 John Street
Suite 510
New York, NY  10038-3006

Received by A1 Process Server on the 20th day of October, 2011 at 2:47 pm to be served on **DR. IVAN TERRERO, 12715 AVIANO DRIVE, NAPLES, FL 34105**.

I, David Figueroa, being duly sworn, depose and say that on the **20th day of October, 2011 at 5:35 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, W EXHIBIT** with the date and hour of service endorsed thereon by me, to: **PURA TERRERO** as **WIFE** at the address of: **12715 AVIANO DRIVE, NAPLES, FL 34105**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 20th day of October, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

ROBIN GOLDIE
Notary Public, State of Florida
My Comm. Expires May 16, 2014
No. DD874596

David Figueroa
Process Server #157456

A1 Process Server
2233 46th St Sw
Naples, FL  34116
(239) 253-0761

Our Job Serial Number: 2011000121

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u