```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMOR GARCIA, et al.,

                       Plaintiffs,

                - against -

ERNESTO COLMAN MENA, et al.,

                       Defendants.
------------------------------------------------------------x

11 Civ. 3859 (RMB)

**ORDER OF DISCONTINUANCE**

Based upon Plaintiffs' letter, dated November 28, 2011, indicating that the parties have "agreed to settle this case," it is hereby

**ORDERED**, that Defendants' motion to dismiss, dated October 20, 2011 [#35] is hereby dismissed as moot; and it is further

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

Dated: New York, New York
        November 28, 2011

                                                _Richard M. Berman_
                                            RICHARD M. BERMAN, U.S.D.J.