USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/12

Berman. J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS AMOR GARCIA and OCEAN CREEK INTERNATIONAL LLC,

   Plaintiffs,

v.

ERNESTO COLMAN MENA, JAVIER ARTEAGA, DYLAN JEANNOTTE, PEDRO LANGA, EAST RIVER INTERNATIONAL LLC, ANTONIO THOMAS INTERNATIONAL CORPORATION d/b/a/ VITAL DENT, GS ZAPA INTERNACIONAL, S.L., HUDSON RIVER INTERNATIONAL LLC, and WALLKILL CREEK INTERNATIONAL LLC,

   Defendants.

11 Civ. 3859 (RMB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is, discontinued with prejudice, without costs to Plaintiffs or Defendants as against each other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
February ___, 2012
03/05/2012

*Attorneys for Plaintiffs*

ZARA LAW OFFICES

By: /s/ Robert Maurice Zara

Maurice Robert Zara
Zara Law Offices
111 John Street, Suite 510
New York, NY 10038
(212) 619-4500

*Attorneys for Defendants*

DUANE MORRIS LLP

By: /s/ John Dellaportas

John Dellaportas

Kevin Potere
Duane Morris LLP
1540 Broadway
New York, NY 10036
(212) 692-1000

SO ORDERED:
RMB
U.S.D.J.
3/7/12